AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western Section        District of    Massachusetts

Northampton Internal Medicine Associates, PC

**SUMMONS IN A CIVIL CASE**

V.

General Electric Company

CASE NUMBER: 05-30090-MAP

TO: (Name and address of Defendant)

CT Corporation Systems, Registered Agent for General Electric Company
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith A. Minoff, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115-5609

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                          May 10, 2005
CLERK                                       DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                     *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I hereby certify and return that today, May 13, 2005, at 12:45 PM, I served a true and attested copy of the within Summons; Complaint and Demand for Jury Trial; and Civil Action Cover Sheet in this action upon the within named General Electric Company c/o CT Corporation, by giving in hand to Gail Brown Agent in Charge. Said service was effected at: General Electric Company c/o CT Corporation, 101 Federal Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 13, 2005.

_____
**Francis Davis,** Constable, City of Boston
& Disinterested Person over Age 18.


Service & Travel: $65.00


**Butler and Witten**
Boston, MA
(617) 325-6455