UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 05-30090-MAP <br> ) <br> ) <br> ) <br> ) |

MOTION TO DISMISS UNDER RULE 12(b)(6)

Defendant General Electric Company ("GE"), by its undersigned counsel, moves pursuant to Rule 12(b)(6) to dismiss plaintiff's complaint for failure to state a claim for which relief can be granted. As explained in the accompanying memorandum, plaintiff not only sued the wrong party, but also disregards the forum selection clause in the contracts that are at the heart of plaintiff's complaint. For these reasons, plaintiff's complaint against GE should be dismissed.

RULE 7.1 CERTIFICATION

I hereby certify that I conferred by telephone with Keith A. Minoff, Esq. on June 15, 2005 in a good faith effort to resolve this dispute, and that counsel were unable to reach agreement.

Dated: June 16, 2005

/s/ Robert H. Stier, Jr.
Robert H. Stier, Jr. (BBO#646725)
Margaret Minister O'Keefe
PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100
*Attorneys for Defendant*

{W0363021.2}