UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-30090-MAP |
| GENERAL ELECTRIC COMPANY, | ) ) | |
| Defendant. | ) ) | |

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed.R.Civ.P., defendant General Electric Corporation states that it has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: June 16, 2005

/s/ Robert H. Stier, Jr.
Robert H. Stier, Jr. (BBO#646725)
Margaret Minister O'Keefe
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*

{W0365320.1}

CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2005, I electronically filed a copy of the Rule 7.1 Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Keith A Minoff, Esq.
> Robinson Donovan, P.C.
> 1500 Maine Street, Suite 1600
> Springfield, Massachusetts 01115

      /s/ Robert H. Stier, Jr.
      Robert H. Stier, Jr. (BBO#646725)

{W0365320.1}