UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 05-30090

| | |
|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C., | ) ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY d/b/a GE Healthcare Technologies, GE Medical Systems Information Technologies, and Clinical Information Systems, | ) ) ) ) ) ) ) |
| Defendant | ) |

## PLAINTIFF'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The plaintiff, Northampton Internal Medicine Associates, hereby moves for an enlargement of time until Friday July 15, 2005 in which to file an opposition to the defendant's motion to dismiss. In support of this motion, the plaintiff states that plaintiff's counsel is preparing a brief to be filed in the U.S Court of Appeals for the 1st Circuit in the case of *El Dialogo, LLC v. Lillian Santiago Bauza et al.* which is due to be filed on July 5, 2005. In addition, the parties believe that they can use the additional time to explore settlement.

The attorney for the defendant, Robert Stier, Esq. has kindly assented to the allowance of this motion.

403718

THE PLAINTIFF
NORTHAMPTON INTERNAL
MEDICINE ASSOCIATES, P.C.

By /s/ Keith A. Minoff
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 551536

Assented To:

THE DEFENDANT
GENERAL ELECTRIC COMPANY

By /s/ Robert Stier
Robert H. Stier, Jr.
Pierce Atwood, LLC
1 Moument Square
Portland, ME  04101
Phone (207)791-1100  Fax (207)791-1350
BBO No.:

CERTIFICATE OF SERIVICE

I, Keith A. Minoff, Esq., hereby certify that on this 1st day of July, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Robert H. Stier, Jr., Pierce Atwood, LLC, 1 Moument Square, Portland, ME  04101.

Keith A. Minoff, Esq.

403718