UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 05-30090

| | |
|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C., | )<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | )<br>) |
| GENERAL ELECTRIC COMPANY d/b/a GE Healthcare Technologies, GE Medical Systems Information Technologies, and Clinical Information Systems, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant | ) |

## PLAINTIFF'S ASSENTED-TO MOTION FOR FURTHER ENLARGEMENT OF TIME IN WHICH TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The plaintiff, Northampton Internal Medicine Associates, hereby moves for a further enlargement of time until Friday July 22, 2005, in which to file its opposition to the defendant's motion to dismiss. In support of this motion, the plaintiff states that the parties are continuing to explore a settlement in this matter.

The attorney for the defendant, Robert Stier, Esq. has kindly assented to the allowance of this motion.

THE PLAINTIFF
NORTHAMPTON INTERNAL
MEDICINE ASSOCIATES, P.C.

By /s/ Keith A. Minoff
Keith A. Minoff, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600

403718

Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 551536

Assented To:

THE DEFENDANT
GENERAL ELECTRIC COMPANY

By: *Robert Stier /lcstr*
Robert H. Stier, Jr.
Pierce Atwood, LLC
1 Moument Square
Portland, ME 04101
Phone (207)791-1100  Fax (207)791-1350
BBO No.:

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 7/15/05

403718