UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NORTHAMPTON INTERNAL MEDICINE**　　　　　　　CIVIL / CRIMINAL

　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.  05-30090

V.

**GENERAL ELECTRIC CO**

　　　　　　　　Defendant

**NOTICE**

PONSOR　　　D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON THE MOTION TO DISMISS ON SEPTEMBER 20, 2005 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

　　　　　　　　　　　　　　　　　SARAH A. THORNTON,

　　　　　　　　　　　　　　　　　CLERK OF COURT

August 12, 2005　　　　　　　　　　　　By:　　/s/Elizabeth A. French
　　Date　　　　　　　　　　　　　　　　　　　Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**

Case 3:05-cv-30090-MAP    Document 12    Filed 08/12/2005    Page 2 of 2