# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

NORTHAMPTON   INTERNAL MEDICINE
ASSOCIATES, P.C.

                    Plaintiff

                                        CIVIL ACTION NO.  05-30090-MAP

        V.

GENERAL ELECTRIC COMPANY,
                    Defendant

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>PONSOR, D.J.;</u>

        The Court having been advised on <u>September 20, 2005</u>  that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty

(60) days if settlement is not consummated.

                                        By the Court,

September 20, 2005                          /s/ Mary Finn
_____            _____
        Date                            Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                      [stlmtodism.]