UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN SECTION

CIVIL ACTION NO. 05-30090 MAP

| | |
|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C., | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| GENERAL ELECTRIC COMPANY d/b/a GE Healthcare Technologies, GE Medical Systems Information Technologies, and Clinical Information Systems, | ) ) ) ) ) ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a) (1) (ii), hereby stipulate that said action, including, but not limited to, any and all Claims, Cross Claims and/or Counterclaims, be dismissed with prejudice and without costs.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| NORTHAMPTON INTERNAL MEDICINE ASSOCIATES, P.C. | GENERAL ELECTRIC COMPANY d/b/a GE Healthcare Technologies, GE Medical Systems Information Technologies and Clinical Information Systems |
| By /s/*Keith A. Minoff* | By /s/*Robert H. Stier* |
| Keith A. Minoff | Robert H. Stier, Jr., Esq. |
| BBO# 551536 | BBO# 646725 |
| Robinson Donovan P.C. | Pierce Atwood, LLP |
| 1500 Main Street, Suite 1600 | One Monument Square |
| Springfield, MA  01115 | Portland, ME  04101-1110 |
| Phone (413) 732-2301 | Phone (207)791-1163 |
| Fax (413) 785-4658 | Fax  (207)791-1350 |

411864